## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

R & M RECYCLING, LLC,

        Petitioner

        v.

JOE DARRAH, INC. D/B/A J & K
SALVAGE,

        Respondent

: No. 492 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.